**WHITAKER OIL COMPANY, Plaintiff,**

v.

**John S. HERRINGTON, Secretary of Energy, et al., Defendants.**

**Civ. A. No. 1:87–CV–82RHH.**

United States District Court, N.D. Georgia.

June 26, 1990.

Candler Crim, Jr., Crim & Bassler, Atlanta, GA and Gerard P. Fox, Collier Shannon Rill & Scott, Washington, DC, for plaintiff.

Stephen E. Hart, Raphael O. Gomez, U.S. Dept. of Justice, Civ. Div., Don W. Crockett, Noah S. Baer, U.S. Dept. of Energy, Economic Regulatory Admin., and Joel M. Cockrell, F.E.R.C., Washington, DC, for defendants.

*ORDER*

ROBERT H. HALL, District Judge.

Upon consideration of parties' Joint Motion To Vacate, it is this 25 day of June, 1990, hereby

ORDERED, that the parties' Joint Motion To Vacate is hereby GRANTED; and, it is further

ORDERED, that the Decision and Order of this Court in *Whitaker Oil Co. v. Herrington,* 674 F.Supp. 1470 (N.D.Ga.1987), and the subsequently issued Decisions and Orders of this Court in this action, dated July 28, 1988,

and September 21, 1988, are hereby VACAT-ED.